NANCY HERSH, ESQ., CA State Bar No. 49091
MARK E. BURTON, JR., ESQ., CA State Bar No. 178400
RACHEL ABRAMS, ESQ., CA State Bar No. 209316
HERSH & HERSH
A Professional Corporation
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA  94102-6388
Telephone:  (415) 441-5544
Facsimile:   (415) 441-7586

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### Civil Division

| | |
|---|---|
| STEVEN ROGERS,<br><br>  Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, and DOES ONE through FIFTEEN, inclusive,<br><br>  Defendants. | CASE NO.: 3:07-cv-02826-EDL<br><br>**PLAINTIFF'S CASE MANAGEMENT STATEMENT**<br><br>Date:  September 4, 2007<br>Time:  3:00 pm<br>Courtroom E, 15th Floor<br>Hon. Elizabeth D. Laporte |

Plaintiff STEVEN ROGERS hereby submits the following Case Management Statement.

### DESCRIPTION OF THE CASE

Plaintiff STEVEN ROGERS' physicians prescribed ZYPREXA beginning at least in January of 2002 and he ingested ZYPREXA until at least December of 2004, for

treatment of his depression. Plaintiff STEVEN ROGERS ingested these products and sustained serious injuries, including diabetes mellitus.

Defendant ELI LILLY & COMPANY, the manufacturer of the drug, ZYPREXA (also known as Olanzapine), was served on August 21, 2007, but has not yet appeared in this case. Plaintiff's counsel expect that this case will be removed to the Zyprexa MDL 1596 of the US District Court, Eastern District of New York, before the Hon. Jack B. Weinstein.

Plaintiff respectfully requests that the Court reschedule another Case Management Conference so that defendants can make their first appearance.

DATED: August 27, 2007.

        HERSH & HERSH
        A Professional Corporation

        By_____
        NANCY HERSH, ESQ.
        MARK E. BURTON, JR., ESQ.
        RACHEL ABRAMS, ESQ.
        HERSH & HERSH
        A Professional Corporation
        601 Van Ness Ave., Ste. 2080
        San Francisco, CA 94102
        (415) 441-5544