**United States District Court**
For the Northern District of California

1
2
3
4              UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6
7
STEVEN ROGERS
8
        Plaintiff,                          No. C 07-02826  EDL
9
        v.                                  CLERK'S NOTICE
10
ELI LILLY AND COMPANY,
11
        Defendants.
12  _____/
13
        TO ALL PARTIES AND COUNSEL OF RECORD:
14
YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for September
15
4, 2007 at 3:00 p.m. has been **continued to October 2, 2007 at 10:00 a.m.** before Magistrate Judge
16
Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management
17
statement shall be filed no later than September 25, 2007.
18
19
Dated:  August 29, 2007
20                                          FOR THE COURT,
                                            Richard W. Wieking, Clerk
21
22
                                    by: _____
23                                          Lili M. Harrell
                                            Courtroom Deputy
24
25
26
27
28