James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Meghan K. Landrum (State Bar No. 222264)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       mklandrum@reedsmith.com
**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  510.763.2000
Facsimile:  510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROGERS,<br><br>            Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, and DOES ONE through FIFTEEN, inclusive,<br><br>            Defendant. | No. C 07-2826 EDL<br><br>Before the Honorable Elizabeth D. Laporte<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendant Eli Lilly and Company, a corporation, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby request the reassignment of this case to a United States District Judge.

DATED: September 10, 2007

REED SMITH LLP

By /s/ James M. Wood
    James M. Wood
    Colleen T. Davies
    Meghan K. Landrum
    Attorneys for Defendant
    Eli Lilly and Company, a corporation