James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Meghan K. Landrum (State Bar No. 222264)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       mklandrum@reedsmith.com
**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROGERS,<br><br>          Plaintiff,<br><br>     vs.<br><br>ELI LILLY AND COMPANY, and DOES ONE through FIFTEEN, inclusive,<br><br>          Defendant. | No.: C 07-2826 EDL<br><br>Before the Honorable Elizabeth D. Laporte<br><br>**CERTIFICATION OF INTERESTED ENTITIES AND PERSONS** |

Pursuant to Local Rule 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

DATED: September 10, 2007

                              REED SMITH LLP


                              By   /s/ James M. Wood
                                   James M. Wood
                                   Colleen T. Davies
                                   Meghan K. Landrum
                                   Dana M. Reedy
                                   Attorneys for Defendant
                                   Eli Lilly and Company, a corporation

– 1 –