James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Meghan K. Landrum (State Bar No. 222264)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       mklandrum@reedsmith.com
**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROGERS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, and DOES ONE through FIFTEEN, inclusive,<br><br>　　　　　Defendant. | No. C 07-2826 EDL<br><br>Before the Honorable Elizabeth D. Laporte<br><br>**DEFENDANT ELI LILLY AND COMPANY, A CORPORATION'S NOTICE OF POTENTIAL MDL TAG-ALONG ACTION** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Eli Lilly and Company, a corporation ("Lilly"), pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby notifies this Court that the attached Notice of Potential Tag-Along Actions, including Rogers vs. Eli Lilly and Company, Case No. C 07-2826 EDL, was filed with the Judicial Panel on Multidistrict Litigation

/ / /

/ / /

1  (JPML) on September 5, 2007. (A copy of the Notice of Potential Tag-Along Actions is attached
2  hereto as "Exhibit A").

5  DATED: September 10, 2007                REED SMITH LLP

6                                           By /s/ James M. Wood
7                                              James M. Wood
                                               Colleen T. Davies
                                               Meghan K. Landrum
8                                              Attorneys for Defendant
                                               Eli Lilly and Company, a corporation

DOCSOAK-9884443.1-MKLANDRUM

**EXHIBIT A**

Case 3:07-cv-02826-MHP     Document 8     Filed 09/10/2007     Page 3 of 9

# Pepper Hamilton LLP
##### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Matthew J. Hamilton
direct dial: 215-981-4053
hamiltom@pepperlaw.com

September 5, 2007

<u>Via FedEx</u>

Jeffrey N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

Re:   <u>In re: Zyprexa Products Liability Litigation</u>
      MDL Docket No. 1596

Dear Mr. Lüthi:

On behalf of Movant Eli Lilly and Company, I enclose for filing a Notice of Potential Tag-Along Actions. I enclose a self-addressed, stamped envelope for your convenience in returning a filed stamped copy to me for our files.

Respectfully,

Matthew J. Hamilton

Enclosures

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Zyprexa Products Liability Litigation )
)
) MDL No. 1596
)

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS (ROGERS ET AL.)

Movant Eli Lilly and Company ("Lilly"), pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby notifies the Clerk of the Panel of potential tag-along actions as set forth in the attached Schedule and states as follows:

1. By Motion to Transfer dated December 22, 2003, filed by the Panel on December 31, 2003, Lilly sought consolidation and coordination of eight actions as set forth in the Schedule of Actions attached thereto.

2. By Transfer Order dated April 14, 2004, the Panel ordered that the actions subject to Lilly's Motion for Transfer be transferred to the District Court for the Eastern District of New York and assigned to the Honorable Jack B. Weinstein for coordinated and consolidated pretrial proceedings.

3.  There are now additional actions pending in federal courts that involve common questions of fact and law:

- Rogers v. Eli Lilly and Company et al. (N.D.Ca.) in which plaintiff alleges that he ingested Zyprexa and suffered injuries, including diabetes, as a result.

- Pratcher v. Eli Lilly and Company et al. (N.D.Ca.) in which plaintiff alleges that his decedent ingested Zyprexa, suffered injuries, and ultimately died as a result.

- Gardner v. Eli Lilly and Company et al. (S.D.N.Y.) in which plaintiff alleges that he ingested Zyprexa and suffered injuries, including diabetes, as a result.

4.  Copies of the Complaints are attached hereto for the Panel's Convenience.

5.  The potential tag-along actions, like those actions identified in the Schedule of Actions attached to Lilly's Motion to Transfer, involve allegations that Zyprexa caused injuries, including diabetes.

6.  Transfer of the potential tag-along actions to the Eastern District of New York for consolidated and coordinated pre-trial proceedings is therefore appropriate for the same reasons as set forth in Lilly's Motion to Transfer and Brief in Support thereof.

Respectfully submitted,

/s/

Nina M. Gussack
Andrew R. Rogoff
Matthew J. Hamilton
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000
Attorneys for Defendant Eli Lilly and Company

Dated: September 5, 2007

## SCHEDULE

| Name Of Action | District Court | Civil Number | Judge (if assigned) |
|---|---|---|---|
| Steven Rogers v. Eli Lilly and Company; and Does One through Fifteen, inclusive | Northern District of California (San Francisco) | 3:07-cv-02826-EDL | Hon. Elizabeth D. Laporte |
| Nathaniel Pratcher v. Eli Lilly and Company; and Does One through Fifteen, inclusive | Northern District of California (San Francisco) | 3:07-cv-04232-EMC | Hon. Edward M. Chen |
| Phillip Jerome Gardner v. Eli Lilly, Inc., Downstate Correctional Facility MHU Department Doe John, Jane Doe; Brooklyn House of Detention MHU Department John Doe, Jane Doe; C-73, C-71 / C-95 / NIC; Beacon MHU Department John Doe, Jane Doe; Attica and Green Haven Correctional Facility MHU Department John Doe, Jane Doe | Southern District of New York | 1:07-cv-03982-KMK | Hon. Kenneth M. Karas |

## CERTIFICATE OF SERVICE

I, Matthew J. Hamilton, hereby certify that on September 5, 2007, I caused to be served a true and correct copy of the foregoing Notice of Potential Tag-Along Actions upon the following by United States Mail, first class postage prepaid:

Rachel Abrams, Esq.
Hersh & Hersh
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA  94102-6388

Phillip Jerome Gardner
00-A-1955
Sullivan Corr. Fac.
P.O. Box 116
Fallsburg, NY  12733

Matthew J. Hamilton

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572.

On September 10, 2007, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet:

**DEFENDANT ELI LILLY AND COMPANY, A CORPORATION'S ANSWER TO COMPLAINT AND JURY DEMAND; CERTIFICATE OF INTERESTED ENTITIES AND PERSONS; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE; DEFENDANT ELI LILLY AND COMPANY, A CORPORATION'S DISCLOSURE STATEMENT; DEFENDANT ELI LILLY AND COMPANY, A CORPORATION'S NOTICE OF POTENTIAL MDL TAG-ALONG ACTION**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 10, 2007, at Oakland, California.

/s/ Gloria S. Sandoval
Assistant to Meghan K. Landrum