James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Meghan K. Landrum (State Bar No. 222264)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       mklandrum@reedsmith.com
**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROGERS,<br><br>        Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, and DOES ONE through FIFTEEN, inclusive,<br><br>        Defendant. | No. C 07-2826 EDL<br><br>Before the Honorable Elizabeth D. Laporte<br><br>**DEFENDANT ELI LILLY AND COMPANY, A CORPORATION'S DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Eli Lilly and Company, a corporation ("Lilly"), submits the following disclosure statement: There is no parent corporation of Lilly. No publicly held corporation owns 10% or more of Lilly's stock.

DATED: September 10, 2007                           REED SMITH LLP

                                                                         By  /s/ James M. Wood
                                                                            James M. Wood
                                                                            Colleen T. Davies
                                                                            Meghan K. Landrum
                                                                            Attorneys for Defendant
                                                                            Eli Lilly and Company, a corporation