UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROGERS,<br><br>    Plaintiff(s),<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant(s). | No. C 07-02826 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

    This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, October 1, 2007, at 4:00 p.m.**  A Joint Case Management Statement is due one week prior to the conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

                                                  Richard W. Wieking
                                                  Clerk, U.S. District Court

Dated: September 13, 2007                  Anthony Bowser, Deputy Clerk to the
                                                  Honorable Marilyn Hall Patel
                                                  (415) 522-3140