James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Meghan K. Landrum (State Bar No. 222264)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       mklandrum@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

ORIGINAL FILED

07 SEP 25 PM 12: 26

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROGERS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, and DOES ONE through FIFTEEN, inclusive,<br><br>　　　　　　Defendant. | No. C 07-2826 MHP<br><br>Before the Honorable Marilyn H. Patel<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Conference Date:　October 1, 2007<br>Conference Time:　4:00 p.m. |

　　　　Pursuant to the Clerk's Notice Scheduling Case Management Conference in Reassigned Case, Plaintiff Steven Rogers ("Plaintiff"), and Defendant Eli Lilly and Company ("Lilly"), submit the following Case Management Conference Statement:

　　　　Plaintiff and Lilly request that this Court take the October 1, 2007 Case Management Conference ("CMC") off-calendar or continue the CMC for approximately 120 days. This case falls within the purview of Multidistrict Litigation Proceeding No. 1596 – *In re Zyprexa Products Liability Litigation* ("MDL"). Lilly submitted a "Notice of Potential Tag-Along Actions" to the

Judicial Panel on Multidistrict Litigation ("JPML") on September 5, 2007. The JPML issued a Conditional Transfer Order that included this action on September 14, 2007, attached hereto as Exhibit A.

Because the parties anticipate transfer of this action to the MDL in the near future, there is no need for a CMC on October 1, 2007, or early ADR. Accordingly, Plaintiff and Lilly respectfully request the CMC be taken off-calendar, or be continued 120 days, by which time this case will most likely have been transferred to the MDL.

DATED: September 24, 2007.

REED SMITH LLP

By /s/ Meghan K. Landrum
James M. Wood
Colleen T. Davies
Meghan K. Landrum
Attorneys for Defendant
Eli Lilly and Company, a corporation

DATED: September 24, 2007.

HERSH & HERSH

By
Nancy Hersh
Mark E. Burton, Jr.
Rachel Abrams
Attorneys for Plaintiff Steven Rogers