1  James M. Wood (State Bar No. 58679)
   Colleen T. Davies (State Bar No. 111371)
2  Meghan K. Landrum (State Bar No. 222264)
   REED SMITH LLP
3  1999 Harrison Street, Suite 2400
   Oakland, CA  94612-3572
4  Email: jmwood@reedsmith.com
          cdavies@reedsmith.com
5          mklandrum@reedsmith.com
   **Mailing Address:**
6  P.O. Box 2084
   Oakland, CA  94604-2084
7
   Telephone:    510.763.2000
8  Facsimile:    510.273.8832

9  Attorneys for Defendant
   Eli Lilly and Company, a corporation

10
                 UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
   STEVEN ROGERS,                          No.: C 07-2826 EDL
13
                 Plaintiff,                Before the Honorable Elizabeth D. Laporte
14
        vs.                                **DECLARATION OF MEGHAN K.
15                                          LANDRUM RE FAILED ATTEMPT TO
   ELI LILLY AND COMPANY, and DOES ONE     ELECTRONICALLY FILE JOINT CASE
16 through FIFTEEN, inclusive,             MANAGEMENT CONFERENCE
                                            STATEMENT AND [PROPOSED] ORDER
17              Defendant.                  VACATING AND/OR CONTINUING CASE
                                            MANAGEMENT CONFERENCE**
18

19

20      I, Meghan K. Landrum, declare:

21

22      1.      I am an attorney at law duly admitted to practice in the State of California.  I am an

23 attorney with the law firm of REED SMITH LLP, attorneys of record for Eli Lilly and Company, a

24 corporation ("Lilly").

25

26      2.      Pursuant to the Clerk's Notice Scheduling Case Management Conference in

27 Reassigned Case in this action, the parties were required to file a joint Case Management Conference

28 Statement on September 24, 2007.

                                        – 1 –

ORIGINAL
FILED

07 SEP 25  PM 12: 27

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1      3.     On September 24, 2007, I attempted to file the Joint Case Management Conference

2 Statement and [Proposed] Order Vacating and/or Continuing Case Management Conference at 12:00

3 p.m., 1:00 p.m. and 3:00 p.m., and several times thereafter, and was not able to complete the filing

4 due to ECF web site technical failure.

5

6      Executed this 25th day of September, 2007, at Oakland, California.

7

8                              Meghan K. Landrum

9                            DOCSOAK-9886193.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MEGHAN K. LANDRUM RE FAILED ATTEMPT TO ELECTRONICALLY FILE JOINT
CASE MANAGEMENT CONFERENCE STATEMENT