James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Meghan K. Landrum (State Bar No. 222264)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       mklandrum@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone: 510.763.2000
Facsimile: 510.273.8832
Attorneys for Defendant
Eli Lilly and Company, a corporation

RECEIVED
07 SEP 25 PM 12:28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROGERS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ELI LILLY AND COMPANY, and DOES ONE through FIFTEEN, inclusive,<br><br>　　　　Defendant. | No. C 07-2826 MHP<br><br>Before the Honorable Marilyn H. Patel<br><br>**[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE** |

For the reasons set forth in the Joint Case Management Conference Statement, the Court hereby continues the October 1, 2007, Case Management Conference ("CMC") to _____, at _____, by which time this case will likely have been transferred to the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation. In the event this case is not transferred to the MDL far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 days before the new CMC date.

IT IS SO ORDERED

DATED: _____.

_____
The Honorable Marilyn H. Patel