United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROGERS, | No. C 07-02826 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Case Management Conference)** |
| v. | |
| ELI LILLY AND COMPANY, | |
| Defendant(s). | |

The case management conference in this matter currently set for October 1, 2007, is hereby rescheduled to February 4, 2008, at 4:00 p.m. The Joint Case Management Statement is due ten days prior to the conference. **Plaintiff shall serve this notice on all defendants NOT appearing on the service list.**

Richard W. Wieking
Clerk, U.S. District Court

Dated: September 28, 2007

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140